■ BRUCE A. MAISCH et al., Individually and as Parents and Natural Guardians of STEPHANIE J. MAISCH, an Infant, Respondents, v MILLARD FILLMORE HOSPITALS et al., Appellants, et al., Defendants. [692 NYS2d 536] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of Millard Fillmore Hospitals (Hospital), Karen Blackford, Sharon Woodin and Yukio Sonoda, M.D. (defendants) for a protective order prohibiting plaintiffs' use in this malpractice action of a letter report written by the chairperson of the Department of Obstetrics & Gynecology at the Hospital. No incident report was made by the Hospital to the Department of Health pursuant to Public Health Law § 2805-*l*, and the statutes providing confidentiality and prohibiting disclosure of such reports therefore do not apply (*see,* Public Health Law § 2805-m; Education Law § 6527 [3]). Defendants did not establish that the letter report in question was generated in connection with a quality assurance review function pursuant to Education Law § 6527 (3) or a malpractice prevention program pursuant to Public Health Law § 2805-j (*see, Crea v Newfane Inter-Community Mem. Hosp.,* 224 AD2d 976, 977; *Zion v New York Hosp.,* 184 AD2d 441, *rearg granted* 183 AD2d 386). Thus, they have not met their burden of

establishing that the document is entitled to statutory confidentiality and protection from disclosure (*see, Koump v Smith*, 25 NY2d 287, 294-295; *Westhampton Adult Home v National Union Fire Ins. Co.*, 105 AD2d 627, 628). (Appeal from Order of Supreme Court, Erie County, LaMendola, J.— Discovery.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.